UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-93 (VM) |
| | | PART I – before Hon. Sidney H. Stein |
| -v- | : | |
| CHRISTOPHER MEADOWS, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on Tuesday, March 12 at 3:00 p.m., regarding the government's appeal of defendant's bail.

Dated: New York, New York
       March 11, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.