LAW OFFICES
# David Wikstrom
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM  
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511  
FACSIMILE: (212) 248-2866

August 16, 2024

The Honorable Victor Marrero  
United States District Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/19/24

Re: United States v. Christoper Meadows, *et al.*
    21 CR 93 (VM)

Dear Judge Marrero:

    I submit this letter motion seeking a bail modification in Mr. Meadows's bail conditions, extending his curfew deadline on Monday, August 19, 2024. Pretrial Services has no objection, and Government counsel Thomas Wright takes no position.

    Mr. Meadows was released on March 6, 2024, under a $50,000 PRB with numerous terms and conditions, including location monitoring and a curfew (ECF No. 95, 03/06/2024). He has completed more than six months under this regimen without incident.

    Mr. Meadows is attending a family member's birthday party on Monday, August 19th, and expects the event to extend beyond his curfew deadline of 9:00 p.m. Accordingly, he seeks a one-time extension of his deadline to 1:00 a.m. on Tuesday, Aug. 20, 2024, to permit him to attend the party and provide sufficient travel time to return on schedule. All other terms and conditions of his bail are to remain in effect. Pretrial Services, per PTSO Ashley Cosme does not oppose the request. AUSA Wright takes no position.

    Accordingly, I respectfully request that the Court authorize this one-time extension of the temporal limitations of Mr. Meadows's curfew condition.

Respectfully,

*David Wikstrom* (signature)

David Wikstrom

---

**Request GRANTED.**

The above request is hereby granted for the purposes and on the terms specified herein.

**SO ORDERED.**

8/19/2024  
DATE

*Victor Marrero* (signature)  
VICTOR MARRERO, U.S.D.J.